BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HELEN JASPER** )<br>xxx-xx-2524 )<br> )<br> )<br>       **Plaintiff,** )<br> )<br>v. )<br> )<br>**MICHAEL J. ASTRUE** )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br> )<br>       **Defendant.** )<br> )<br>_____ ) | Case No.  CIV-07-2694 KJM<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 2, 2008  to September 12, 2008.   This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through August 2008.

/ / / /

/ / / /

/ / / /

1

Dated: July 1, 2008                     /s/Bess M. Brewer
                                        BESS M. BREWER
                                        Attorney at Law

                                        Attorney for Plaintiff


Dated: July 1, 2008                     McGregor W. Scott

                                        United States Attorney

                                        /s/  Donna Montano
                                        DONNA MONTANO

                                        Special Assistant U.S. Attorney
                                        Social Security Administration

                                        Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:  July 3, 2008.

_____
U.S. MAGISTRATE JUDGE