McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Jacqueline.A.Forslund@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| HELEN JASPER,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-CV-2694 KJM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, to allow for Defendant's further review of the case in light of the arguments for remand presented in Plaintiff's motion. The current due date is October 16, 2008. The new due date will be November 17, 2008, as the thirtieth day, November 15, 2008, falls on a Saturday.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                  Respectfully submitted,

Dated: October 10, 2008        /s/ Bess M. Brewer
                                  (As authorized via email)
                                  BESS M. BREWER
                                  Attorney for Plaintiff

Dated: October 10, 2008        McGREGOR W. SCOTT
                                  United States Attorney
                                  LUCILLE GONZALES MEIS
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  /s/ Jacqueline A. Forslund
                                  JACQUELINE A. FORSLUND
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

                                  <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  October 14, 2008.

                                  _____
                                  U.S. MAGISTRATE JUDGE