McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California  94105
   Telephone:  (415) 977-8943
   Facsimile:  (415) 744-0134
   E-Mail:  Jacqueline.A.Forslund@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| HELEN  JASPER,         ) | CIVIL NO. 2:07-CV-2694-KJM |
|     Plaintiff,        ) | |
|                 ) | |
|       v.          ) | STIPULATION AND ORDER OF |
|                 ) | VOLUNTARY REMAND AND DISMISSAL |
| MICHAEL J. ASTRUE,    ) | OF CASE, WITH DIRECTIONS TO CLERK |
| Commissioner of        ) | TO ENTER JUDGMENT |
| Social Security,       ) | |
|                 ) | |
|     Defendant.     ) | |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this

case pursuant to sentence four of 42 U.S.C. § 405(g).

     Upon remand, the Administrative Law Judge will be directed to: further consider the opinion of

Dr. Satish Sharma pursuant to the provisions of SSR 96-5p and explain the weight given to such opinion

evidence; further consider the claimant's maximum residual functional capacity; and obtain evidence

from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational

base.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: October 29, 2008

*/s/ Bess M. Brewer*
(As authorized via e-mail)
BESS M. BREWER
Attorney for Plaintiff

Dated: November 3, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  November 13, 2008.

U.S. MAGISTRATE JUDGE