```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail:  Jacqueline.A.Forslund@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| HELEN JASPER,<br><br>    Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-CV-2694-KJM<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND THREE HUNDRED dollars and 00 cents ($5,300.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE THOUSAND THREE HUNDRED dollars and 00 cents ($5,300.00) in EAJA attorney

fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: December 9, 2008

*/s/ Bess M. Brewer*
(As authorized via e-mail)
BESS M. BREWER
Attorney for Plaintiff

Dated: December 10, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED.**

DATED: December 16, 2008.

_____
U.S. MAGISTRATE JUDGE